UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| KAROLYN YOUNG,<br><br>      **Plaintiff,**<br><br>v.<br><br>CARVANA, LLC, BRIDGECREST ACCEPTANCE CORPORATION, LOSS PREVENTION SERVICES, LLC and UNITED RECOVERY AND REMARKETING, LLC,<br><br>      **Defendants.** | Civil Action No.: 6:24-cv-03159-MDH |

## DEFENDANTS CARVANA, LLC, BRIDGECREST CREDIT COMPANY, LLC AND LOSS PREVENTION SERVICES, LLC'S MOTION TO COMPEL ARBITRATION AND STAY

**COME NOW** Defendants Carvana, LLC ("Carvana"), Bridgecrest Credit Company, LLC ("Bridgecrest"), improperly named in the Complaint as Bridgecrest Acceptance Corporation ("BAC"),[1] and Loss Prevention Services, LLC ("LPS"), (collectively, "Defendants"), by and through undersigned counsel, pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 1 *et seq.*, and hereby move this Court for an order compelling Plaintiff Karolyn Young's ("Plaintiff") claims against them to arbitration and staying said claims pending their resolution in arbitration. As grounds for this motion, Defendants respectfully state as follows:

---

[1] BAC, the improperly named party, is an affiliate of Bridgecrest but had no involvement whatsoever with Plaintiff's contract. (*See* Declaration of Randall Shaw, Ex. A ¶¶ 10–11.)

1. On May 29, 2024, Plaintiff commenced this action by filing a Complaint against Carvana, Bridgecrest, LPS, and United Recovery and Remarketing, LLC ("United Recovery"). (*See* Doc. 1.)

2. The Complaint alleges that Plaintiff entered into a contract with Carvana to finance the purchase of a vehicle. (Doc. 1 ¶¶ 29–33.) At all relevant times, Bridgecrest serviced that contract on behalf of Carvana. (*See* Declaration of Randall Shaw, attached to the Suggestions in Support of this Motion to Compel Arbitration as **Exhibit A**, ¶ 7.)

3. Plaintiff claims that Carvana and/or Bridgecrest hired LPS to repossess the vehicle following Plaintiff's default under the contract. (*See* Doc. 1 ¶¶ 39–40.) Plaintiff claims that LPS in turn hired United Recovery to conduct the repossession, which Plaintiff claims breached the peace in violation of federal and state law. (*See id.* ¶¶ 41–61.)

4. Based on the above allegations, Plaintiff asserts claims against LPS and United Recovery under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692f(6)(A) ("FDCPA") and against Carvana and Bridgecrest under Missouri's enactment of the Uniform Commercial Code, Mo. Rev. Stat. § 400.9-609 ("UCC"). (*See id.* ¶¶ 62–83.)

5. Plaintiff's claims against Defendants directly arise out of and relate to Plaintiff's contract, as the claims all pertain to collection efforts for amounts owed under the contract. The claims are therefore subject to the terms of corresponding Arbitration Agreement, which governs the contract. Accordingly, Plaintiff's claims against Defendants should be submitted to arbitration.

6. This Motion is supported by Defendants' Suggestions in Support of Defendants' Motion to Compel Arbitration and Stay, filed contemporaneously herewith, along with the Declaration of Randall Shaw, attached thereto as **Exhibit A**, and all exhibits attached thereto.

**WHEREFORE**, for the foregoing reasons and the reasons set forth in the accompanying Suggestions, Defendants respectfully request that this Court enter an order compelling Plaintiff's claims against Defendants to arbitration and staying said claims pending their resolution in arbitration.

Respectfully submitted this 2nd day of July, 2024.

/s/Ryli W. Leader
Ryli W. Leader (MO Bar No. 73533)
BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
rleader@burr.com
*Lead Counsel for Defendants*
CARVANA, LLC, BRIDGECREST CREDIT
COMPANY, LLC, and LOSS PREVENTION
SERVICES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July, 2024, I have electronically filed a copy of the foregoing document, which will serve the following parties electronically:

Anthony LaCroix
LaCroix Law Firm, LLC
1600 Genesse, Ste. 956
Kansas City, MO 64102
(816) 399-4380
tony@lacroixlawkc.com
*Counsel for Plaintiff*

/s/ Ryli W. Leader
OF COUNSEL