IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| KAROLYN YOUNG,<br><br>Plaintiff,<br><br>vs.<br><br>CARVANA, LLC, BRIDGECREST ACCEPTANCE CORPORATION, LOSS PREVENTION SERVICES, LLC and UNITED RECOVERY AND REMARKETING, LLC,<br><br>Defendants. | Case No. 6:24-cv-03159-MDH |

## NOTICE OF NON-OPPOSITION

Having received Defendants Carvana, LLC ("Carvana"), Bridgecrest Credit Company, LLC ("Bridgecrest"), improperly named in the Complaint as Bridgecrest Acceptance Corporation ("BAC"), and Loss Prevention Services, LLC's ("LPS") motion to compel arbitration, Doc. 3, Plaintiff Karolyn Young states that she does not object to arbitration of her claims against Carvana, Bridgecrest/BAC, and LPS.

However, Plaintiff also has claims against Defendant United Recovery and Remarketing, LLC ("URR"), and neither Plaintiff nor URR have elected to arbitrate such claims. Accordingly, Plaintiff requests that the Court stay Plaintiff's claims against Carvana, Bridgecrest/BAC, and LPS, refer them to arbitration before JAMS, and allow Plaintiff's claims against URR to proceed in this Court.

    Respectfully submitted,

    /s/ Anthony LaCroix
    Anthony LaCroix
    LaCroix Law Firm, LLC
    MO Bar No.60793

1600 Genesse, Ste. 956
Kansas City, MO 64102
(816) 399-4380
tony@lacroixlawkc.com
*Lead Counsel for Plaintiff*

*Co-counsel with:*
*Thompson Consumer Law Group, PC*

**Correspondence Address:**

Thompson Consumer Law Group, PC
11445 E. Via Linda, Ste. 2 #492
Scottsdale, AZ 85259

## CERTIFICATE OF SERVICE

I certify that on July 16, 2024, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

/s/ Anthony LaCroix
Anthony LaCroix