IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| KAROLYN YOUNG,<br><br>      Plaintiff,<br><br>v.<br><br>CARVANA, LLC,<br>BRIDGECREST ACCEPTANCE<br>CORPORATION, LOSS PREVENTION<br>SERVICES, LLC and UNITED<br>RECOVERY AND REMARKETING, LLC<br><br>      Defendants. | Case No.: 6:24-cv-03159-MDH |

## ORDER

Before the Court are Defendants Carvana, LLC ("Carvana"), Bridgecrest Credit Company, LLC ("Bridgecrest") and Loss Prevention Services, LLC ("LPS")'s motion to stay proceedings and compel arbitration. (Doc. 3). Defendants Carvana, Bridgecrest, and LPS moves the Court to compel Plaintiff Karolyn Young's claims against them to arbitration and staying said claims pending their resolution in arbitration.

Plaintiff has filed a notice of non-opposition (Doc. 5) requesting that the Court stay Plaintiff's claims against Defendants Carvana, Bridgecrest and LPS, refer them to arbitration before the Judicial Arbitration and Mediation Services ("JAMS"), and allow Plaintiff's claims against Defendant United Recovery and Remarketing, LLC ("URR") to proceed in this Court.

**WHEREFORE**, after reviewing the record before the Court, the Court finds good cause to stay this case with respect to Plaintiffs claims against Defendants Carvana, Bridgecrest, and LPS until such a time as their resolution in arbitration. Accordingly, Defendants Carvana, Bridgecast, and LPS's motion to stay proceedings and compel arbitration (Doc. 3) is **GRANTED**.

Plaintiff and Defendants Carvana, Bridgecast and LPS are **COMPELLED** to submit to arbitration before JAMS to resolve Plaintiff's claims against them. It is hereby **ORDERED** that Plaintiff will provide the Court with notice upon the resolution of Plaintiff's claims against Defendants Carvana, Bridgecrest and LPS in arbitration.

      **IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant URR will continue to proceed in this Court pursuant to the Order Setting Deadline for Filing of Proposed Scheduling Order and for Rule 26(f) Conference (Doc. 8).

**IT IS SO ORDERED**.
DATED: September 11, 2024

                                   */s/ Douglas Harpool*
                                   **DOUGLAS HARPOOL**
                                   **UNITED STATES DISTRICT JUDGE**