IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

**KAROLYN YOUNG,**

**Plaintiff,**

v.

Case No.: 6:24-cv-03159-MDH

**CARVANA, LLC,
BRIDGECREST ACCEPTANCE
CORPORATION, LOSS PREVENTION
SERVICES, LLC and UNITED
RECOVERY AND REMARKETING, LLC**

**Defendants.**

**ORDER**

Before the Court is Defendant United Recovery and Remarketing, LLC ("URR")'s Motion to Stay Proceedings and Compel Arbitration. (Doc. 16). Defendant URR moves the Court to compel Plaintiff Karolyn Young's claims against it to arbitration and staying said claims pending their resolution in arbitration. Plaintiff has filed a Notice of Non-Opposition (Doc. 19) stating she does not object to arbitration of her claims against URR or to stay of proceedings in this matter.

**WHEREFORE**, after reviewing the record before the Court, the Court finds good cause to stay this case with respect to Plaintiffs claims against Defendant URR until such a time as their resolution in arbitration. Accordingly, Defendant URR's motion to stay proceedings and compel arbitration (Doc. 16) is **GRANTED**. Plaintiff and Defendant URR are **COMPELLED** to submit to arbitration before JAMS to resolve Plaintiff's claims against it. It is hereby **ORDERED** that Plaintiff will provide the Court with notice upon the resolution of Plaintiff's claims against Defendant URR in arbitration.

**IT IS SO ORDERED**.
DATED: October 30, 2024

/s/ Douglas Harpool
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**